1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  CLARK HILL, PLLC
   3800 Howard Hughes Parkway, Suite 500
3  Las Vegas, NV. 89169
   Telephone:  (702) 697-7527
4  Facsimile:  (702) 862-8400

5  *Attorneys for Defendant*
   *Equifax Information Services LLC*
6

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11 | ROBERT MCELVOGUE,                        | Case No. 2:20-cv-01708-JAD-EJY

12 |              Plaintiff,                   | **JOINT MOTION FOR EXTENSIONOF TIME FOR
13 |       v.                                  | DEFENDANT EQUIFAX INFORMATION SERVICES LLC
14 | COMENITY BANK, EQUIFAX                    | TO FILE ANSWER**
   | INFORMATION SERVICES LLC and
15 | TRANS UNION, LLC,                         | **FIRST REQUEST**

16 |              Defendants.

17

18     Defendant Equifax Information Services LLC ("Equifax") has requested an

19 extension of time to answer, move or otherwise respond to the Complaint in this matter,

20 to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS

21 HEREBY STIPLATED AND AGREED to by and among counsel, that Defendant

22 Equifax Information Services LLC's time to answer, move or otherwise respond to the

23 Complaint in this action is extended from October 14, 2020 through and including

24 November 13, 2020.  Plaintiff and Equifax are actively engaged in settlement

25     ///

26     ///

27     ///

28

1  discussions.  The additional time to respond to the Complaint will facilitate settlement

2  discussions.  This stipulation is filed in good faith and not intended to cause delay.

3       Respectfully submitted on October 14, 2020

4

5                               CLARK HILL, PLLC

6

7                 By:    */s/ Jeremy Thompson*

8                           Jeremy Thompson
                         Nevada Bar No. 12503

9                           CLARK HILL, PLC
                         3800 Howard Hughes Parkway

10                          Suite 500
                         Las Vegas, NV. 89169

11                          Tel: (702) 697-7527
                         Fax: (702) 862-8400

12                          Email:  jthompson@clarkhill.com
                         *Attorneys for Defendant*

13                          *Equifax Information Services LLC*

14                          ***No opposition***
                         */s/ Steven A. Alpert*

15                          Steven A. Alpert
                         Price Law Group, APC

16                          5940 S. Rainbow Blvd.
                         Suite 3014

17                          Las Vegas, NMV 89118
                         702-794-2008

18

19 IT IS SO ORDERED:

20

21 United States Magistrate Judge

22

23 DATED:  October 14, 2020

24

25

26

27

28