James J. Morrissey
PILGRIM CHRISTAKIS LLP
321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 280-0441
jmorrissey@pilgrimchristakis.com
(*Pro Hac Vice* petition forthcoming)

Matthew C. Addison (NSBN 4201)
Sarah A. Ferguson (NSBN 14515)
MCDONALD CARANO, LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
sferguson@mcdonaldcarano.com
maddison@mcdonaldcarano.com

Attorneys for Defendant
Comenity Bank

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| ROBERT MCELVOGUE, | |
|---|---|
| Plaintiff, | Case No. 2:20-cv-01708-JAD-EJY |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT COMENITY BANK TO RESPOND TO THE COMPLAINT (FIRST REQUEST)** |
| COMENITY BANK; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC, | |
| Defendants. | |

Plaintiff Robert McElvogue ("Plaintiff") and Defendant Comenity Bank ("Comenity"), by counsel, hereby stipulate as follows:

1. Comenity was served with the Complaint on or about September 23, 2020, making its response due October 14, 2020.

2. Counsel for Comenity was recently retained and needs additional time to investigate the facts and legal claims asserted in the Complaint and to prepare an appropriate response.

3. Plaintiff and Comenity agree to extend the time it has to respond to the Complaint by 21-days, to and including November 4, 2020.

4. This is the first stipulation to extend Comenity's deadline to respond to Plaintiff's Complaint and is not made for the purpose of delay.

DATED: October 13, 2020.

Respectfully submitted,

| PRICE LAW GROUP, APC | MCDONALD CARANO LLP |
|---|---|
| By: */s/ Steven A. Alpert* <br> Steven A Alpert <br> 5940 S. Rainbow Blvd. <br> Suite 3014 <br> Las Vegas, NV 89118 <br> Telephone: 702-794-2008 <br><br> *Plaintiff Diana Perez* | By: */s/ Sarah A. Ferguson* <br> James J. Morrissey <br> PILGRIM CHRISTAKIS LLP <br> 321 N. Clark Street, 26th Floor <br> Chicago, Illinois 60654 <br> Telephone: (312) 280-0441 <br> *(Pro Hac Vice* petition forthcoming) <br><br> Matthew C. Addison (NSBN 4201) <br> Sarah A. Ferguson (NSBN 14515) <br> MCDONALD CARANO, LLP <br> 100 W. Liberty Street, Tenth Floor <br> Reno, NV 89501 <br> Telephone: (775) 788-2000 <br><br> *Defendant Comenity Bank* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 15, 2020

4837-2966-9582, v. 1

2