Steven A. Alpert,
NV Bar # 8353
PRICE LAW GROUP, APC
5940 S Rainbow Blvd,
Las Vegas, NV 89118
T: (702) 794-2008
F: (866) 401-1457
alpert@pricelawgroup.com

*Attorneys for Plaintiff*
*Robert McElvogue*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

ROBERT MCELVOGUE,

      Plaintiff,

v.

COMENITY BANK; EQUIFAX
INFORMATION SERVICES, LLC; AND
TRANSUNION, LLC,

      Defendants.

Case Number
2:20-cv-01708-JAD-EJY

**Stipulation and Order of Dismissal with Prejudice**

ECF Nos. 21, 39

Pursuant to Rule 41 of the Federal Rules of Civil Procedure Plaintiff Robert McElvogue ("Plaintiff") and Defendant Trans Union LLC ("Trans Union") (together, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate to and agree as follows:

1.     The Parties have entered into a confidential settlement agreement with respect to this action; and

2.     The Parties have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 13th day of April 2021.

**PRICE LAW GROUP, APC**

*/s/ Steven A. Alpert*
Steven A. Alpert, NV Bar # 8353
5940 S Rainbow Blvd,
Las Vegas, NV 89118
T: (702) 794-2008
F: (866) 401-1457
alpert@pricelawgroup.com
*Attorneys for Plaintiff*
*Robert McElvogue*

**QUILLING   SELANDER   LOWNDS
WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh, NV Bar #14480
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
T: (214) 560-5460
F: (214) 871-2111
jbergh@qslwm.com
*Attorneys for Defendant*
*Trans Union LLC*

## ORDER

Based on the parties' stipulation **[ECF No. 39]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. Trans Union's Motion for Judgment on the Pleadings **[ECF No. 21] is DENIED** as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 15, 2021